**B1 (Official Form 1)(1/08)**

# United States Bankruptcy Court
## Northern District of Georgia

**Voluntary Petition**

| Name of Debtor (if individual, enter Last, First, Middle): | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| **Fourth Quarter Properties XLVII, LLC** | |

| All Other Names used by the Debtor in the last 8 years (include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years (include married, maiden, and trade names): |
|---|---|
| **DBA Prospect Park** | |

| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN (if more than one, state all) |
|---|---|
| **14-1873804** | |

| Street Address of Debtor (No. and Street, City, and State): | Street Address of Joint Debtor (No. and Street, City, and State): |
|---|---|
| **45 Ansley Drive** <br> **Newnan, GA** ZIP Code **30263** | ZIP Code |

| County of Residence or of the Principal Place of Business: | County of Residence or of the Principal Place of Business: |
|---|---|
| **Coweta** | |

| Mailing Address of Debtor (if different from street address): | Mailing Address of Joint Debtor (if different from street address): |
|---|---|
| ZIP Code | ZIP Code |

Location of Principal Assets of Business Debtor (if different from street address above):

---

**Type of Debtor** (Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors) *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business** (Check one box)
- ☐ Health Care Business
- ■ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ☐ Other

**Tax-Exempt Entity** (Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ☐ Chapter 7
- ☐ Chapter 9
- ■ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Nature of Debts** (Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

---

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ■ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,190,000.

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

---

**Statistical/Administrative Information**
- ■ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ☐ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

| **Voluntary Petition** <br> *(This page must be completed and filed in every case)* | Name of Debtor(s): <br> **Fourth Quarter Properties XLVII, LLC** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) |||
|---|---|---|
| Location Where Filed:   - None - | Case Number: | Date Filed: |
| Location Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) |||
|---|---|---|
| Name of Debtor: <br> - None - | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A** <br><br> (To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.) <br><br> ☐ Exhibit A is attached and made a part of this petition. | **Exhibit B** <br> (To be completed if debtor is an individual whose debts are primarily consumer debts.) <br><br> I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b). <br><br> X_____ <br>    Signature of Attorney for Debtor(s)     (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

☐ Yes, and Exhibit C is attached and made a part of this petition.

■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)

_____
(Name of landlord that obtained judgment)

_____
(Address of landlord)

☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

☐ Debtor has included in this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

| **Voluntary Petition** | Name of Debtor(s): |
| --- | --- |
| *(This page must be completed and filed in every case)* | **Fourth Quarter Properties XLVII, LLC** |

**Signatures**

| **Signature(s) of Debtor(s) (Individual/Joint)** | **Signature of a Foreign Representative** |
| --- | --- |
| I declare under penalty of perjury that the information provided in this petition is true and correct. [If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7. [If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b). I request relief in accordance with the chapter of title 11, United States Code, specified in this petition. | I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition. (Check only one box.) ☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached. ☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached. |
| X _____<br>Signature of Debtor<br><br>X _____<br>Signature of Joint Debtor<br><br>_____<br>Telephone Number (If not represented by attorney)<br><br>_____<br>Date | X _____<br>Signature of Foreign Representative<br><br>_____<br>Printed Name of Foreign Representative<br><br>_____<br>Date |
| **Signature of Attorney\*** | **Signature of Non-Attorney Bankruptcy Petition Preparer** |
| X  **/s/ James P. Smith**<br>Signature of Attorney for Debtor(s)<br><br>**James P. Smith 659775**<br>Printed Name of Attorney for Debtor(s)<br><br>**Stone & Baxter, LLP**<br>Firm Name<br><br>**577 Mulberry Street**<br>**Suite 800**<br>**Macon, GA 31201**<br>Address<br><br>**478-750-9898  Fax: 478-750-9899**<br>Telephone Number<br><br>**November  2, 2009**<br>Date<br><br>\*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect. | I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.<br><br>_____<br>Printed Name and title, if any, of Bankruptcy Petition Preparer<br><br>_____<br>Social-Security number (If the bankrutpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)<br><br>_____<br>Address<br><br>X _____<br><br>_____<br>Date<br><br>Signature of Bankruptcy Petition Preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.<br><br>Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual: |
| **Signature of Debtor (Corporation/Partnership)** | |
| I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.<br><br>The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.<br><br>X  **/s/ Stanley E. Thomas**<br>Signature of Authorized Individual<br><br>**Stanley E. Thomas**<br>Printed Name of Authorized Individual<br><br>**Manager**<br>Title of Authorized Individual<br><br>**November  2, 2009**<br>Date | If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.<br><br>*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both 11 U.S.C. §110; 18 U.S.C. §156.* |

CONSENT OF THE SOLE MEMBER AND SOLE MANAGER
OF
FOURTH QUARTER PROPERTIES XLVII, LLC

The undersigned, being the Sole Member and Sole Manager (the **"Manager"**) of Fourth Quarter Properties XLVII, LLC, a Georgia limited liability company (the **"Company"**), hereby consents to and does hereby adopt the following resolutions:

WHEREAS, it is in the best interest of the Company to file a voluntary petition for relief under Chapter 11 of the Bankruptcy Code in the United States Bankruptcy Court for the Northern District of Georgia.

NOW, THEREFORE, BE IT RESOLVED, that the Manager is hereby authorized, directed and empowered to retain on behalf of the Company, Stone & Baxter, LLP (the **"Firm"**), to render legal services to, and to represent, the Company as Debtor-in-Possession in the bankruptcy case and related proceedings.

BE IT FURTHER RESOLVED, that the undersigned further authorizes and directs the Manager to employ, on behalf of the Company, such other professionals as are determined to be reasonably necessary to assist the Company in connection with the bankruptcy case.

BE IT FURTHER RESOLVED, that the undersigned further authorizes the Firm to rely upon or follow the directions of the Manager in connection with any matter relating to the bankruptcy case and related proceedings.

BE IT FURTHER RESOLVED, that the undersigned further authorizes the Manager to take any and all such further actions and to execute and deliver any and all such further instruments and documents and to pay all such expenses, in each case as in his judgment shall be necessary or desirable to fully carry out the intent and accomplish the purposes of the resolutions adopted hereby.

The undersigned further states that all acts lawfully done or actions lawfully taken by the Manager in connection with the bankruptcy proceedings of the Company or any matter related thereto or by virtue of these resolutions is hereby in all respects ratified, confirmed and approved.

DATED as of the 30 day of October, 2009.

_____
Stanley E. Thomas, Sole Member and
Sole Manager

{00139264: v:}

B4 (Official Form 4) (12/07)

## United States Bankruptcy Court
### Northern District of Georgia

In re  **Fourth Quarter Properties XLVII, LLC**     Case No. _____
Debtor(s)     Chapter  **11**

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS

Following is the list of the debtor's creditors holding the 20 largest unsecured claims. The list is prepared in accordance with Fed. R. Bankr. P. 1007(d) for filing in this chapter 11 [*or* chapter 9] case. The list does not include (1) persons who come within the definition of "insider" set forth in 11 U.S.C. § 101, or (2) secured creditors unless the value of the collateral is such that the unsecured deficiency places the creditor among the holders of the 20 largest unsecured claims. If a minor child is one of the creditors holding the 20 largest unsecured claims, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian."  Do not disclose the child's name. See 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| 3rd Works, LLC<br>5326 Van Dyke Rd<br>Lutz, FL 33558 | 3rd Works, LLC<br>5326 Van Dyke Rd<br>Lutz, FL 33558 | | | 148,392.24 |
| B2 and Company Exponential<br>5449 N. Old Ranch Rd<br>Attn: Beth Bradford<br>Park City, UT 84098 | B2 and Company Exponential<br>5449 N. Old Ranch Rd<br>Attn: Beth Bradford<br>Park City, UT 84098 | | | 410,591.49 |
| Hartman, Simons, Spielman & Wood LLP<br>6400 Powers Ferry Rd, NW<br>Suite 400<br>Atlanta, GA 30339 | Hartman, Simons, Spielman & Wood LLP<br>6400 Powers Ferry Rd, NW<br>Suite 400<br>Atlanta, GA 30339 | | | 167,950.24 |
| HKS, Inc.<br>1919 McKinney Ave<br>Dallas, TX 75201 | HKS, Inc.<br>1919 McKinney Ave<br>Dallas, TX 75201 | | | 132,560.38 |
| IDQ Realty Advisors, Inc.<br>Attn: Ignacias de Quesada<br>PO Box 88338<br>Atlanta, GA 30356 | IDQ Realty Advisors, Inc.<br>Attn: Ignacias de Quesada<br>PO Box 88338<br>Atlanta, GA 30356 | | | 31,890.75 |
| Iris J. Callie Company<br>Attn: Iris J. Callie<br>4600 Via Dolce #317<br>Marina Del Ray, CA 90202 | Iris J. Callie Company<br>Attn: Iris J. Callie<br>4600 Via Dolce #317<br>Marina Del Ray, CA 90202 | Trade Debt | | 25,000.00 |
| Koniver Stern Group, Inc.<br>Attn: Bruce Koniver<br>1565 Washington Ave<br>Miami Beach, FL 33139 | Koniver Stern Group, Inc.<br>Attn: Bruce Koniver<br>1565 Washington Ave<br>Miami Beach, FL 33139 | | | 56,322.00 |
| Lowe Engineers, LLC<br>Attn: Chris Owens<br>2000 Riveredge Pkwy, Ste 400<br>Atlanta, GA 30328 | Lowe Engineers, LLC<br>Attn: Chris Owens<br>2000 Riveredge Pkwy, Ste 400<br>Atlanta, GA 30328 | | | 21,137.35 |
| Redmond Schwartz Mark Design<br>160 Cabrillo<br>San Clemente, CA 92672 | Redmond Schwartz Mark Design<br>160 Cabrillo<br>San Clemente, CA 92672 | | | 61,857.54 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Fourth Quarter Properties XLVII, LLC**        Case No. _____
               Debtor(s)

## LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

| (1) Name of creditor and complete mailing address including zip code | (2) Name, telephone number and complete mailing address, including zip code, of employee, agent, or department of creditor familiar with claim who may be contacted | (3) Nature of claim (trade debt, bank loan, government contract, etc.) | (4) Indicate if claim is contingent, unliquidated, disputed, or subject to setoff | (5) Amount of claim [if secured, also state value of security] |
|---|---|---|---|---|
| SEC Planning, LLC<br>Attn: Matthew Master<br>1755 North Brown Rd<br>Lawrenceville, GA 30043 | SEC Planning, LLC<br>Attn: Matthew Master<br>1755 North Brown Rd<br>Lawrenceville, GA 30043 | | | 39,779.95 |
| Setco Grading, LLC<br>Attn: Amy Bowman<br>50 Ansley Dr.<br>Newnan, GA 30263 | Setco Grading, LLC<br>Attn: Amy Bowman<br>50 Ansley Dr.<br>Newnan, GA 30263 | | | 446,360.13 |
| Specialty Retail Development<br>5500 Interstate North Pkwy<br>Suite 100<br>Atlanta, GA 30328 | Specialty Retail Development<br>5500 Interstate North Pkwy<br>Suite 100<br>Atlanta, GA 30328 | | | 140,805.00 |
| SWA Group<br>Attn: Chuck McDaniel<br>2211 N. Lamar #400<br>Dallas, TX 75202 | SWA Group<br>Attn: Chuck McDaniel<br>2211 N. Lamar #400<br>Dallas, TX 75202 | | | 102,706.91 |
| The McDevitt Company<br>Attn: Lorraine Abney<br>875 N. Michigan Ave, Ste 3100<br>Chicago, IL 60611 | The McDevitt Company<br>Attn: Lorraine Abney<br>875 N. Michigan Ave, Ste 3100<br>Chicago, IL 60611 | | | 44,651.25 |
| The Partnership, Inc.<br>Attn: David Arnold<br>512 Means Street<br>Atlanta, GA 30318 | The Partnership, Inc.<br>Attn: David Arnold<br>512 Means Street<br>Atlanta, GA 30318 | | | 38,881.72 |
| The Shopping Center Group, LLC<br>PO Box 933617<br>Atlanta, GA 31193-3617 | The Shopping Center Group, LLC<br>PO Box 933617<br>Atlanta, GA 31193-3617 | | | 140,940.00 |
| URS Corporation<br>Attn: John Oliver<br>400 Northpark Town Center<br>Atlanta, GA 30328 | URS Corporation<br>Attn: John Oliver<br>400 Northpark Town Center<br>Atlanta, GA 30328 | | | 111,921.72 |
| Vratsinas Construction Co<br>Attn: Jeff Johnson<br>1000 Abernathy Rd., NE, Ste 1130<br>Atlanta, GA 30328 | Vratsinas Construction Co<br>Attn: Jeff Johnson<br>1000 Abernathy Rd., NE, Ste 1130<br>Atlanta, GA 30328 | | | 3,609,465.00 |
| Wakefield Beasley & Assoc<br>Attn: Lamar Wakefield<br>5155 Peachtree Pkwy #300<br>Norcross, GA 30092 | Wakefield Beasley & Assoc<br>Attn: Lamar Wakefield<br>5155 Peachtree Pkwy #300<br>Norcross, GA 30092 | | | 1,276,968.95 |
| Walker Parking Consultants<br>Attn: Victor Iraheta<br>125 Townpark Dr., Ste 375<br>Kennesaw, GA 30114 | Walker Parking Consultants<br>Attn: Victor Iraheta<br>125 Townpark Dr., Ste 375<br>Kennesaw, GA 30114 | | | 29,033.93 |

B4 (Official Form 4) (12/07) - Cont.

In re  **Fourth Quarter Properties XLVII, LLC**                                                      Case No.  _____
                                        Debtor(s)

# LIST OF CREDITORS HOLDING 20 LARGEST UNSECURED CLAIMS
(Continuation Sheet)

## DECLARATION UNDER PENALTY OF PERJURY
## ON BEHALF OF A CORPORATION OR PARTNERSHIP

      I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing list and that it is true and correct to the best of my information and belief.

Date  **November 2, 2009**                         Signature  **/s/ Stanley E. Thomas**
                                                              **Stanley E. Thomas**
                                                              **Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

# United States Bankruptcy Court
### Northern District of Georgia

In re  **Fourth Quarter Properties XLVII, LLC**,
Debtor

Case No. _____

Chapter **11**

## LIST OF EQUITY SECURITY HOLDERS

Following is the list of the Debtor's equity security holders which is prepared in accordance with Rule 1007(a)(3) for filing in this chapter 11 case.

| Name and last known address or place of business of holder | Security Class | Number of Securities | Kind of Interest |
|---|---|---|---|
| **Stanley E. Thomas**<br>**45 Ansley**<br>**Newnan, GA 30263** | | **100%** | **Member** |

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the Manager of the corporation named as the debtor in this case, declare under penalty of perjury that I have read the foregoing List of Equity Security Holders and that it is true and correct to the best of my information and belief.

Date  **November 2, 2009**

Signature  **/s/ Stanley E. Thomas**
**Stanley E. Thomas**
**Manager**

*Penalty for making a false statement or concealing property*:  Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C §§ 152 and 3571.

**0**  continuation sheets attached to List of Equity Security Holders

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Fourth Quarter Properties XLVII, LLC**                                    Case No.
                                         Debtor(s)                                    Chapter    **11**

# VERIFICATION OF CREDITOR MATRIX

I, the Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:    **November 2, 2009**                **/s/ Stanley E. Thomas**
                                             **Stanley E. Thomas**/**Manager**
                                             Signer/Title

```
3rd Works, LLC
5326 Van Dyke Rd
Lutz, FL 33558



Ahlberg Engineering, Inc.
Attn: Jim Ahlberg
525 Webb Industrial Dr., Ste A
Marietta, GA 30062



American Arbitration Assoc
2200 Century Pkwy
Suite 300
Atlanta, GA 30345



B2 and Company Exponential
5449 N. Old Ranch Rd
Attn: Beth Bradford
Park City, UT 84098



Bounce/David Arnold
512 Means St
Atlanta, GA 30318



Burr & Forman



Capital Properties Group, LLC
Attn: Ed Lee
3801 Parian Ridge Rd, NW
Atlanta, GA 30327



Capitol Insurance Companies



City of Alpharetta
Attn: Lynn Pierson
287 South Main St
Alpharetta, GA 30009
```

Cushing, Morris, Armbruster
  & Montgomery
191 Peachtree St., NE, Ste 4500
Atlanta, GA 30303


Facility Solutions, LLC


Fulton County Tax Comm
Attn: Arthur E. Ferdinand
PO Box 105052
Atlanta, GA 30348-5052


Geosurvey, Ltd
Attn: Tenton Turk
1170 Atlanta Industrial Dr
Marietta, GA 30066


Hartman, Simons, Spielman & Wood LLP
6400 Powers Ferry Rd, NW
Suite 400
Atlanta, GA 30339


Herschman Architects, Inc.
25001 Emery Rd, Suite 400
Cleveland, OH 44128


HKS, Inc.
1919 McKinney Ave
Dallas, TX 75201


IDQ Realty Advisors, Inc.
Attn: Ignacias de Quesada
PO Box 88338
Atlanta, GA 30356

Iris J. Callie Company
Attn: Iris J. Callie
4600 Via Dolce #317
Marina Del Ray, CA 90202


Johnson & Bryan
1575 Northside Dr., NW
Suite 100
Atlanta, GA 30318


Jones Design Group, Inc.
342 Marietta St, Ste 3
Atlanta, GA 30313


Koniver Stern Group, Inc.
Attn: Bruce Koniver
1565 Washington Ave
Miami Beach, FL 33139


Lowe Engineers, LLC
Attn: Chris Owens
2000 Riveredge Pkwy, Ste 400
Atlanta, GA 30328


Newnan Blue Print
167 Millard Farmer Ind. Blvd
Newnan, GA 30263


Pac-Van, Inc.
2995 S. Harding St
Indianapolis, IN 46225


Prudential Georgia Realty
11525 Haynes Bridge Rd
Suite 200
Alpharetta, GA 30004

Redmond Schwartz Mark Design
160 Cabrillo
San Clemente, CA 92672


Rolader & Rolader
11660 Alpharetta Hwy
Suite 630
Roswell, GA 30076


SEC Planning, LLC
Attn: Matthew Master
1755 North Brown Rd
Lawrenceville, GA 30043


Setco Grading, LLC
Attn: Amy Bowman
50 Ansley Dr.
Newnan, GA 30263


Showcase, Inc.
3470 Parsons Run
Suwanee, GA 30024


Specialty Retail Development
5500 Interstate North Pkwy
Suite 100
Atlanta, GA 30328


Stanley E. Thomas
45 Ansley
Newnan, GA 30263


SWA Group
Attn: Chuck McDaniel
2211 N. Lamar #400
Dallas, TX 75202

```
The McDevitt Company
Attn: Lorraine Abney
875 N. Michigan Ave, Ste 3100
Chicago, IL 60611



The Partnership, Inc.
Attn: David Arnold
512 Means Street
Atlanta, GA 30318



The Shopping Center Group, LLC
PO Box 933617
Atlanta, GA 31193-3617



TS Worldwide LLC
201 Linden St, Ste 301
Fort Collins, CO 80524



URS Corporation
Attn: John Oliver
400 Northpark Town Center
Atlanta, GA 30328



Vratsinas Construction Co
Attn: Jeff Johnson
1000 Abernathy Rd., NE, Ste 1130
Atlanta, GA 30328



Wachovia Bank
Attn: Jeffrey Martin
171 17th St., NW, 6th Floor
Atlanta, GA 30363



Wakefield Beasley & Assoc
Attn: Lamar Wakefield
5155 Peachtree Pkwy #300
Norcross, GA 30092
```

```
Walker Parking Consultants
Attn: Victor Iraheta
125 Townpark Dr., Ste 375
Kennesaw, GA 30114


Willis Ins. Services of GA
1 Glenlake Pkwy, 11th Floor
Atlanta, GA 30328
```

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Fourth Quarter Properties XLVII, LLC**                                   Case No.
                                              Debtor(s)                           Chapter   **11**

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for   **Fourth Quarter Properties XLVII, LLC**   in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly own(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]


**November  2, 2009**                             **/s/ James P. Smith**
Date                                              **James P. Smith**
                                                  Signature of Attorney or Litigant
                                                  Counsel for   **Fourth Quarter Properties XLVII, LLC**
                                                  **Stone & Baxter, LLP**
                                                  **577 Mulberry Street**
                                                  **Suite 800**
                                                  **Macon, GA 31201**
                                                  **478-750-9898 Fax:478-750-9899**