B6 Summary (Official Form 6 - Summary) (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Fourth Quarter Properties XLVII, LLC**

Debtor

Case No. _____**09-13959**_____

Chapter _____**11**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each. Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided. Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 10 | 0.00 | | |
| B - Personal Property | Yes | 4 | 0.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 3 | | 68,081,270.00 | |
| E - Creditors Holding Unsecured Priority Claims (Total of Claims on Schedule E) | Yes | 2 | | 733,397.49 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 8 | | 2,973,854.71 | |
| G - Executory Contracts and Unexpired Leases | Yes | 2 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 30 | | | |
| Total Assets | | | 0.00 | | |
| Total Liabilities | | | | 71,788,522.20 | |

Form 6 - Statistical Summary (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re      **Fourth Quarter Properties XLVII, LLC**

Debtor

Case No. _____**09-13959**_____

Chapter _____**11**_____

## STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 16) | |
| Average Expenses (from Schedule J, Line 18) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6A (Official Form 6A) (12/07)

In re    **Fourth Quarter Properties XLVII, LLC**                                          Case No.    **09-13959**
_____,
Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **See Exhibit A** | **Fee simple** | - | **Unknown** | **68,081,270.00** |

|  |  |  |  |  |
|---|---|---|---|---|
| | | Sub-Total > | **0.00** | (Total of this page) |
| | | Total > | **0.00** | |

__0__   continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

Deed Book 46292 Pg    129

## EXHIBIT A

### LEGAL DESCRIPTION

## PARCEL A:

All that tract or parcel of land lying and being in Land Lot 802 of the 1st District, 2nd Section, Fulton County, Georgia, and being more particularly described as follows:

BEGINNING at a concrete monument found located at the intersection of the Northerly right-of-way line of Old Milton Parkway (having a variable right-of-way) and the Westerly right-of-way line of Thompson Street (having a variable right-of-way); Thence along the Northerly right-of-way line of Old Milton Parkway, North 89 degrees 32 minutes 52 seconds West, a distance of 41.10 feet to a point; thence along the arc of a curve to the right with an arc length of 118.96 feet, said curve having a radius of 1080.92 feet, with a chord bearing of North 86 degrees 40 minutes 12 seconds West, and a chord length of 118.90 feet to a point; thence along the arc of a curve to the right with an arc length of 222.86 feet, said curve having a radius of 1080.92 feet, with a chord bearing of North 77 degrees 36 minutes 38 seconds West, and a chord length of 222.47 feet to a point; thence leaving said right-of-way, North 05 degrees 59 minutes 20 seconds East, a distance of 312.55 feet to a point; thence North 10 degrees 31 minutes 45 seconds East, a distance of 403.15 feet to a point on the Southerly right-of-way line of East Thompson Street (having a 30 foot right-of-way); thence along said right-of-way, South 81 degrees 16 minutes 41 seconds East, a distance of 234.10 feet to a point; thence along the arc of a curve to the left with an arc length of 26.53 feet, said curve having a radius of 220.00 feet, with a chord bearing of South 84 degrees 44 minutes 42 seconds East, and a chord length of 26.51 feet to a point; thence South 50 degrees 06 minutes 59 seconds East, a distance of 14.48 feet to a point on the Westerly right-of-way line of Thompson Street; Thence along said right-of-way, South 00 degrees 09 minutes 09 seconds East, a distance of 394.29 feet to a 3/4" open top pipe found; thence South 00 degrees 09 minutes 09 seconds East, a distance of 320.67 feet to a concrete monument found on the Northerly right-of-way line of Old Milton Parkway, said point being the TRUE POINT OF BEGINNING.

Said tract of land contains 5.562 acres as shown on ALTA/ACSM Land Title Survey for Fourth Quarter Properties XLVII, LLC, Wachovia Bank, National Association, and Lawyers Title Insurance Corporation, made by GeoSurvey, Ltd., bearing the seal and certification of Trenton D. Turk, Ga. R.L.S. No. 2411, dated March 22, 2005, last revised June 2, 2005.

## PARCEL B:

All that tract or parcel of land lying and being in Land Lots 802, 803, 854 and 855 of the 1st District, 2nd Section, Fulton County, Georgia, and being more particularly described as follows:

BEGINNING at a concrete monument found located at the intersection of the Northerly right-of-way line of Old Milton Parkway (having a variable right-of-way) and the Easterly right-of-way line of Thompson Street (having a variable right-of-way); Thence along the Easterly right-of-way line of Thompson Street, North 00 degrees 02 minutes 56 seconds West, a distance of 134.71 feet to a concrete monument found; Thence North 57 degrees 17 minutes 53 seconds East, a distance of 35.98 feet to a concrete monument found; Thence North 00 degrees 09

Amendment to Deed to Secure Debt, Etc. - Exhibit A-1
Wachovia Bank, N.A./Fourth Quarter-Alpharetta
12627-474

minutes 49 seconds East, a distance of 40.95 feet to a concrete monument found; Thence North 63 degrees 37 minutes 27 seconds West, a distance of 32.85 feet to a 5/8" rebar set; Thence North 00 degrees 44 minutes 01 seconds East, a distance of 9.45 feet to an axle found; Thence North 00 degrees 05 minutes 59 seconds East, a distance of 100.06 feet to a 1/2" rebar found; Thence North 00 degrees 13 minutes 16 seconds East a distance of 134.94 feet to a 1/2" crimped top pipe found; Thence North 00 degrees 44 minutes 07 seconds East, a distance of 99.71 feet to a 1" open top pipe found; Thence North 00 degrees 44 minutes 07 seconds East, a distance of 179.37 feet to a point on the Southerly right-of-way line of East Thompson Street (having a 30 foot right-of-way); Thence along said right-of-way, North 83 degrees 04 minutes 14 seconds East, a distance of 197.42 feet to a 1/2" rebar found; thence North 83 degrees 04 minutes 14 seconds East, a distance of 208.11 feet to a 1" open top pipe found; thence North 83 degrees 01 minutes 44 seconds East, a distance of 123.87 feet to a 1" crimp top pipe found on the easterly right-of-way line of East Thompson Street; thence along said right-of-way,  North 02 degrees 13 minutes 57 seconds West, a distance of 36.37 feet to a point on the North right-of-way of East Thompson Street (having a 30 foot right-of-way); Thence along said right-of-way, South 82 degrees 27 minutes 10 seconds West, a distance of 151.58 feet to a 1" open top pipe found; Thence South 82 degrees 14 minutes 39 seconds West, a distance of 148.92 feet to a point on the Easterly right-of-way line of Burnett Drive (having a 20 foot right-of-way); Thence along said right-of-way, North 08 degrees 36 minutes 51 seconds West, a distance of 216.50 feet to a point; thence leaving said right-of-way, North 79 degrees 52 minutes 49 seconds East, a distance of 174.36 feet to a 1" open top pipe found; thence North 02 degrees 07 minutes 36 seconds West, a distance of 92.63 feet to a 1" open top pipe found; thence North 02 degrees 07 minutes 36 seconds West, a distance of 160.25 feet to a 1/2" rebar found on the North line of Land Lot 802; thence along said Land Lot line, North 89 degrees 09 minutes 48 seconds East, a distance of 150.10 feet to a axle found at the Land Lot corner common to Land Lots 802 and 803 of the First District and Land Lots 1265 and 1266 of the Second District; Thence along the North line of Land Lot 803, South 89 degrees 12 minutes 43 seconds East, a distance of 530.79 feet to a 1/2" rebar found; thence North 89 degrees 52 minutes 25 seconds East, a distance of 314.99 feet to a 1/2" rebar found; thence South 89 degrees 59 minutes 56 seconds East, a distance of 180.59 feet to a 5/8" rebar set; thence North 89 degrees 59 minutes 17 seconds East, a distance of 293.71 feet to a 1/2" axle found at the Land Lot corner common to land Lots 803 and 854 of the First District and Land Lots 1264 and 1265 of the Second District; Thence along the North line of Land Lot 854, South 89 degrees 40 minutes 46 seconds East, a distance of 1260.63 feet to a 1-1/4" iron bar found at the Land Lot corner common to Land Lots 854, 855, 1263 and 1264; Thence along the North line of Land Lot 855, South 89 degrees 54 minutes 57 seconds East, a distance of 407.54 feet to a 1" open top pipe found; Thence continuing along said Land Lot line, South 89 degrees 09 minutes 15 seconds East, a distance of 98.60 feet to a point in the centerline of a creek, said point also being on the Westerly right-of-way line of Georgia State Route No. 400 (having a variable right-of-way); Thence along said right-of-way, South 25 degrees 09 minutes 04 seconds West, a distance of 224.82 feet to a 5/8" rebar set; Thence North 37 degrees 24 minutes 33 seconds West, a distance of 27.18 feet to a 5/8" rebar set; Thence South 23 degrees 17 minutes 26 seconds West, a distance of 23.10 feet to a 5/8" rebar set; Thence South 36 degrees 33 minutes 44 seconds East, a distance of 26.48 feet to a 5/8" rebar set; Thence South 24 degrees 20 minutes 59 seconds West, a distance of 38.35 feet to a concrete monument found; Thence South 25 degrees 08 minutes 40 seconds West, a distance of 519.03 feet to a concrete monument found; Thence South 34 degrees 30 minutes 56 seconds West, a distance of 318.02 feet to a concrete

Amendment to Deed to Secure Debt, Etc. - Exhibit A-2
Wachovia Bank, N.A./Fourth Quarter-Alpharetta
12627-474

monument found; Thence South 33 degrees 55 minutes 41 seconds West, a distance of 317.29
feet to a concrete monument found; Thence South 64 degrees 26 minutes 50 seconds West, a
distance of 188.24 feet to a 5/8" rebar set on the Northerly right-of-way line of Old Milton
Parkway (having a variable right-of-way); Thence along said right-of-way, South 80 degrees 15
minutes 48 seconds West, a distance of 25.39 feet to a concrete monument found; Thence North
02 degrees 19 minutes 45 seconds West, a distance of 39.92 feet to a concrete monument found;
Thence South 87 degrees 21 minutes 53 seconds West, a distance of 45.04 feet to a concrete
monument found; Thence South 02 degrees 13 minutes 52 seconds East, a distance of 45.43 feet
to a concrete monument found; Thence South 80 degrees 15 minutes 40 seconds West, a distance
of 143.58 feet to a concrete monument found; Thence South 88 degrees 08 minutes 29 seconds
West, a distance of 152.88 feet to a 5/8" rebar set; Thence along the arc of a curve to the right
with an arc length of 325.18 feet, said curve having a radius of 7569.44 feet, with a chord
bearing of South 89 degrees 19 minutes 40 seconds West, and a chord length of 325.16 feet to a
1/2" rebar found; thence along the arc of a curve to the right with an arc length of 219.16 feet,
said curve having a radius of 7569.44 feet, with a chord bearing of North 88 degrees 36 minutes
02 seconds West, and a chord length of 219.15 feet to a 1/2" rebar found on the Easterly right-of-
way line of Alpha Court (having a 60 foot right-of-way) thence along said right-of-way, North
00 degrees 09 minutes 28 seconds West, a distance of 497.77 feet to a point; thence along the arc
of a curve to the right with an arc length of 191.88 feet, said curve having a radius of 70.00 feet,
with a chord bearing of North 12 degrees 16 minutes 04 seconds West, and a chord length of
137.20 feet to a 1/2" rebar found; thence along the arc of a curve to the left with an arc length of
51.25 feet, said curve having a radius of 70.00 feet, with a chord bearing of South 67 degrees 56
minutes 23 seconds West, and a chord length of 50.11 feet to a 1/2" rebar found; thence along
the arc of a curve to the left with an arc length of 134.68 feet, said curve having a radius of 70.00
feet, with a chord bearing of South 07 degrees 48 minutes 10 seconds East, and a chord length of
114.85 feet to a point; thence South 00 degrees 09 minutes 28 seconds East, a distance of 496.66
feet to a point on the Northerly right-of-way line of Old Milton Parkway (having  a variable
right-of-way); Thence along said right-of-way, along the arc of a curve to the right with an arc
length of 217.95 feet, said curve having a radius of 7569.44 feet, with a chord bearing of North
86 degrees 29 minutes 38 seconds West, and a chord length of 217.94 feet to a point; Thence
South 00 degrees 12 minutes 55 seconds East, a distance of 5.00 feet to a concrete right-of-way
monument found;  thence along the arc of a curve to the right with an arc length of 65.10 feet,
said curve having a radius of 7574.44 feet, with a chord bearing of North 85 degrees 38 minutes
04 seconds West, and a chord length of 65.10 feet to a point; thence North 85 degrees 07 minutes
28 seconds West, a distance of 435.69 feet to a point; thence North 85 degrees 07 minutes 28
seconds West, a distance of 260.70 feet to a concrete monument found; thence along the arc of a
curve to the left with an arc length of 48.21 feet, said curve having a radius of 5794.66 feet, with
a chord bearing of North 85 degrees 35 minutes 26 seconds West, and a chord length of 48.21
feet to a point; thence along the arc of a curve to the left with an arc length of 162.49 feet, said
curve having a radius of 5794.66 feet, with a chord bearing of North 86 degrees 37 minutes 56
seconds West, and a chord length of 162.48 feet to a point;  thence along the arc of a curve to the
left with an arc length of 229.28 feet, said curve having a radius of 5794.66 feet, with a chord
bearing of North 88 degrees 34 minutes 09 seconds West, and a chord length of 229.26 feet to a
point; thence along the arc of a curve to the left with an arc length of 15.76 feet, said curve
having a radius of 5794.66 feet, with a chord bearing of North 89 degrees 46 minutes 50 seconds
West, and a chord length of 15.76 feet to a point;  thence North 89 degrees 20 minutes 33

seconds West, a distance of 90.42 feet to a point; thence North 89 degrees 20 minutes 33 seconds West, a distance of 238.99 feet to a concrete right-of-way monument found on the Easterly right-of-way line of Thompson Street, said point being the TRUE POINT OF BEGINNING.

Said tract of land contains 95.336 Acres, as shown on ALTA/ACSM Land Title Survey for Fourth Quarter Properties XLVII, LLC, Wachovia Bank, National Association, and Lawyers Title Insurance Corporation, made by GeoSurvey, Ltd., bearing the seal and certification of Trenton D. Turk, Ga. R.L.S. No. 2411, dated March 22, 2005, last revised June 2, 2005.

*TOGETHER WITH* the use of that portion of the proposed roadway on the 22.598 acre Barry Tract as shown on ALTA/ACSM Land Title Survey for Fourth Quarter Properties XLVII, LLC, Wachovia Bank, National Association, and Lawyers Title Insurance Corporation, made by GeoSurvey, Ltd., bearing the seal and certification of Trenton D. Turk, Ga. R.L.S. No. 2411, dated March 22, 2005, last revised June 2, 2005.

*LESS AND EXCEPT FROM THE ABOVE DESCRIBED PARCEL B THE FOLLOWING THREE TRACTS OF LAND:*

BARRY TRACT:

All that tract or parcel of land lying and being in Land Lots 854 and 855 of the 1st District, 2nd Section, Fulton County, Georgia, and being more particularly described as follows:

COMMENCING at a 1/2" rebar found at the intersection of the Northerly right-of-way line of Old Milton Parkway (having a variable right-of-way) and the Easterly right-of-way line of Alpha Court (having a 60 foot right-of-way); Thence along the Northerly right-of-way of Old Milton Parkway along the arc of a curve to the left with an arc length of 409.31 feet, said curve having a radius of 7569.44 feet, with a chord bearing of South 89 degrees 19 minutes 34 seconds East, and a chord length of 409.26 feet to a point, said point being the TRUE POINT OF BEGINNING; Thence leaving said right-of-way, North 00 degrees 11 minutes 56 seconds East, a distance of 629.91 feet to a point; Thence North 90 degrees 00 minutes 00 seconds East, a distance of 127.37 feet to a point; Thence along the arc of a curve to the left with an arc length of 628.32 feet, said curve having a radius of 400.00 feet, with a chord bearing of North 45 degrees 00 minutes 00 seconds East, and a chord length of 565.69 feet to a point; Thence North 00 degrees 00 minutes 00 seconds East, a distance of 227.71 feet to a point on the proposed Southeasterly right-of-way line of Westside Drive; Thence along said proposed right-of-way, South 89 degrees 54 minutes 07 seconds East, a distance of 50.19 feet to a point; Thence along the arc of a curve to the left with an arc length of 329.61 feet, said curve having a radius of 410.00 feet, with a chord bearing of North 67 degrees 08 minutes 44 seconds East, and a chord length of 320.80 feet to a point on the North line of Land Lot 855; Thence along said Land Lot line, South 89 degrees 54 minutes 57 seconds East, a distance of 394.10 feet to a 1" open top pipe found; Thence South 89 degrees 09 minutes 15 seconds East, a distance of 98.60 feet to a point in a creek being on the Westerly right-of-way line of Georgia State Route No. 400 (having a variable right-of-way); Thence along said right-of-way, South 25 degrees 09 minutes 04 seconds West, a distance of 224.82 feet to a point; Thence North 37 degrees 24 minutes 33 seconds West, a distance of 27.18 feet to a point; Thence South 23 degrees 17 minutes 26 seconds West, a distance of 23.10 feet to a point; Thence South 36 degrees 33 minutes 44 seconds East, a distance of 26.48 feet to a point; Thence South 24 degrees 20 minutes 59 seconds West, a distance of 38.35 feet to a concrete

monument found; Thence South 25 degrees 08 minutes 40 seconds West, a distance of 519.03 feet to a concrete monument found; Thence South 34 degrees 30 minutes 56 seconds West, a distance of 318.02 feet to a concrete monument found; Thence South 33 degrees 55 minutes 41 seconds West, a distance of 317.29 to a feet concrete monument found on the Northerly right-of-way line of Old Milton Parkway; Thence along said right-of-way, South 64 degrees 26 minutes 50 seconds West, a distance of 188.24 feet to a 5/8" rebar set; Thence South 80 degrees 15 minutes 48 seconds West, a distance of 25.39 feet to a concrete monument found; Thence North 02 degrees 19 minutes 45 seconds West, a distance of 39.92 feet to a concrete monument found;

Thence South 87 degrees 21 minutes 53 seconds West, a distance of 45.04 feet to a concrete monument found; Thence South 02 degrees 13 minutes 52 seconds East, a distance of 45.43 feet to a concrete monument found; Thence South 80 degrees 15 minutes 40 seconds West, a distance of 143.58 feet to a concrete monument found; Thence South 88 degrees 08 minutes 29 seconds West, a distance of 152.88 feet to a point; thence along the arc of a curve to the right with an arc length of 135.03 feet, said curve having a radius of 7569.44 feet, with a chord bearing of South 88 degrees 36 minutes 35 seconds West, and a chord length of 135.03 feet, said point being the TRUE POINT OF BEGINNING.

Said tract of land contains 22.598 acres, as shown on ALTA/ACSM Land Title Survey for Fourth Quarter Properties XLVII, LLC, Wachovia Bank, National Association, and Lawyers Title Insurance Corporation, made by GeoSurvey, Ltd., bearing the seal and certification of Trenton D. Turk, Ga. R.L.S. No. 2411, dated March 22, 2005, last revised June 2, 2005.

TRACT 12:
All that tract or parcel of land lying and being in Land Lot 802 of the 1st District, 2nd Section, Fulton County, Georgia, and being more particularly described as follows:
COMMENCING at a concrete monument found at the intersection of the Easterly right-of-way line of Thompson Street (having a variable right-of-way) and the Northerly right-of-way line of Old Milton Parkway (also known as State Bridge Road and Georgia State Route No.120 and having a variable right-of-way); Thence along the Easterly right-of-way of Thompson Street, North 00 degrees 02 minutes 56 seconds West, a distance of 134.71 feet to a concrete monument found; Thence North 57 degrees 17 minutes 53 seconds East, a distance of 35.98 feet to a concrete monument found; Thence North 00 degrees 09 minutes 49 seconds East, a distance of 40.95 feet to a concrete monument found; Thence North 63 degrees 37 minutes 27 seconds West, a distance of 32.85 feet to a 5/8" rebar set; Thence North 00 degrees 44 minutes 01 seconds East, a distance of 9.45 feet to an axle found; said point being the TRUE POINT OF BEGINNING; Thence continuing along said right-of-way, North 00 degrees 05 minutes 59 seconds East, a distance of 100.06 feet to a 1\2" rebar found; Thence leaving said right-of-way, North 66 degrees 20 minutes 14 seconds East, a distance of 450.00 feet to a point; Thence South 00 degrees 08 minutes 49 seconds West, a distance of 99.76 feet to a 1"open top pipe found; Thence South 65 degrees 57 minutes 38 seconds West, a distance of 84.76 feet to a point; Thence South 65 degrees 57 minutes 38 seconds West, a distance of 26.79 feet to a point; Thence South 66 degrees 24 minutes 37 seconds West, a distance of 87.84 feet to a point; Thence South 66 degrees 24 minutes 37 seconds West, a distance of 250.66 feet to a axle found on the Easterly right-of-way line of Thompson Street, said point being the TRUE POINT OF BEGINNING.
Said tract of land contains 0.948 acres, as shown on ALTA/ACSM Land Title Survey for Fourth Quarter Properties XLVII, LLC, Wachovia Bank, National Association, and Lawyers Title

Amendment to Deed to Secure Debt, Etc. - Exhibit A-5
Wachovia Bank, N.A./Fourth Quarter-Alpharetta
12627-474

Insurance Corporation, made by GeoSurvey, Ltd., bearing the seal and certification of Trenton D. Turk, Ga. R.L.S. No. 2411, dated March 22, 2005, last revised June 2, 2005.

TRACT 15:
All that tract or parcel of land lying and being in Land Lot 802 of the 1st District, 2nd Section, City of Alpharetta, Fulton County, Georgia, and being more particularly described as follows:
Commencing at a P.K. nail set at the intersection of the south right-of-way line of East Thompson Street (having a 30' right-of-way) and the east right-of-way line of Thompson Street (having a variable right-of-way), Thence along the south right-of-way of East Thompson Street North 83 degrees 04 minutes 14 seconds East a distance of 197.42 feet to a 1/2" rebar found; Thence leaving said right-of-way South 00 degrees 57 minutes 55 seconds West a distance of 166.97 feet to a 5/8" rebar set; Thence North 79 degrees 30 minutes 02 seconds East a distance of 95.57 feet to a 1/2" rebar found, said 1/2" rebar being the TRUE POINT OF BEGINNING; Thence North 78 degrees 59 minutes 15 seconds East a distance of 123.82 feet to a 1/2" rebar found; Thence South 00 degrees 08 minutes 40 seconds West a distance of 99.85 feet to a 1/2" rebar found; Thence South 79 degrees 18 minutes 06 seconds West a distance of 124.67 feet to a 1/2" rebar found; Thence North 00 degrees 42 minutes 02 seconds East a distance of 99.35 feet to a 1/2" rebar found, said point being the TRUE POINT OF BEGINNING.

Said tract of land contains 0.279 acres, as shown on ALTA/ACSM Land Title Survey for Fourth Quarter Properties XLVII, LLC, Wachovia Bank, National Association, and Lawyers Title Insurance Corporation, made by GeoSurvey, Ltd., bearing the seal and certification of Trenton D. Turk, Ga. R.L.S. No. 2411, dated March 22, 2005, last revised June 2, 2005.

## PARCEL C:

All that tract or parcel of land lying and being in Land Lot 802 of the 1st District, 2nd Section, Fulton County, Georgia, and being more particularly described as follows:

BEGINNING at a point located at the intersection of the Northerly right-of-way line of East Thompson Street (having a 30 foot right-of-way) and the Westerly right-of-way line of Burnett Drive (having a 20 foot right-of-way); Thence along the Northerly right-of-way line of East Thompson Street, South 82 degrees 14 minutes 39 seconds West, a distance of 106.92 feet to a 1" crimp top pipe found; Thence South 83 degrees 01 minutes 42 seconds West, a distance of 99.99 feet to a 1/2" rebar found; Thence leaving said right-of-way, North 00 degrees 07 minutes 38 seconds East, a distance of 254.44 feet to a axle found; Thence South 89 degrees 26 minutes 46 seconds East, a distance of 23.94 feet to a 3/4" crimp top pipe found; Thence South 04 degrees 12 minutes 46 seconds West, a distance of 49.97 feet to a 3/4" rebar found; Thence North 86 degrees 23 minutes 53 seconds East, a distance of 77.43 feet to a 3/4" open top pipe found; Thence South 00 degrees 20 minutes 03 seconds East, a distance of 171.71 feet to a point; Thence along the arc of a curve to the right with an arc length of 128.65 feet; said curve having a radius of 1460.00 feet, with a chord bearing of North 44 degrees 47 minutes 16 seconds East, and a chord length of 128.61 feet to a point on the Westerly right-of-way of Burnett Drive (having a 20 foot right-of-way); Thence along said right-of-way, South 08 degrees 36 minutes 47 seconds East, a distance of 103.41 feet to a point, said point being the TRUE POINT OF BEGINNING.

Amendment to Deed to Secure Debt, Etc. - Exhibit A-6
Wachovia Bank, N.A./Fourth Quarter-Alpharetta
12627-474

Said tract of land contains 0.634 Acres, as shown on ALTA/ACSM Land Title Survey for Fourth Quarter Properties XLVII, LLC, Wachovia Bank, National Association, and Lawyers Title Insurance Corporation, made by GeoSurvey, Ltd., bearing the seal and certification of Trenton D. Turk, Ga. R.L.S. No. 2411, dated March 22, 2005, as last revised June 2, 2005.

## PARCEL D:

TRACT 1:

ALL THAT TRACT or parcel of land lying and being in Land Lot 853 of the 1st District, 2nd Section, City of Alpharetta, Fulton County, Georgia, and being more particularly described as follows:

BEGINNING at a ½ inch rebar found at the intersection of the land lot corner common to Land Lots 804, 805, 852 and 853; thence along the west line of Land Lot 853, north 00 degrees 04 minutes 59 seconds east, a distance of 1,078.63 feet to a 1 inch crimp top pipe found; thence continuing along said land lot line, north 00 degrees 12 minutes 27 seconds east, a distance of 376.69 feet to a 5/8 inch rebar set on the southerly right of way line of Old Milton Parkway (also known as Georgia Highway No. 120 and State Bridge Road, having a variable right of way); thence along said right of way line, along a curve to the left, an arc length of 286.63 feet, said curve having a radius of 7,709.44 feet with a chord distance of 286.61 feet, at south 88 degrees 36 minutes 28 seconds east, to a 5/8 inch rebar set; thence leaving said right of way line, south 06 degrees 07 minutes 15 seconds west, a distance of 269.84 feet to a point; thence north 77 degrees 48 minutes 35 seconds west, a distance of 174.49 feet to a ½ inch rebar found; thence south 13 degrees 09 minutes 37 seconds west, a distance of 99.75 feet to a ½ inch rebar found; thence south 77 degrees 18 minutes 41 seconds east, a distance of 187.05 feet to a point; thence south 06 degrees 07 minutes 15 seconds west, a distance of 235.80 feet to a ½ inch rebar found; thence north 88 degrees 24 minutes 14 seconds east, a distance of 300.12 feet to a ½ inch rebar found; thence north 06 degrees 05 minutes 16 seconds east, a distance of 591.05 feet to a 5/8 inch rebar set on the southerly right of way line of Old Milton Parkway; thence along said right of way line, north 88 degrees 25 minutes 27 seconds east, a distance of 140.46 feet to a 5/8 inch rebar set at the mitered corner of the right of way of Old Milton Parkway and Georgia State Route No. 400; thence along the westerly right of way line of Georgia State Route No. 400, south 53 degrees 53 minutes 05 seconds east, a distance of 189.47 feet to a concrete monument found; thence south 13 degrees 54 minutes 53 seconds east, a distance of 175.24 feet to a concrete monument found; thence south 17 degrees 12 minutes 55 seconds west, a distance of 659.80 feet to a 5/8 inch rebar set; thence south 15 degrees 26 minutes 49 seconds west, a distance of 247.75 feet to a concrete monument found; thence south 21 degrees 47 minutes 39 seconds west, a distance of 297.09 feet to a concrete monument found; thence south 21 degrees 42 minutes 37 seconds west, a distance of 22.65 feet to a 3/8 inch rebar found at the intersection of the westerly right of way line of Georgia State Route No. 400 and the south line of Land Lot 853; thence leaving said right of way line and proceeding along said land lot line, north 89 degrees 37 minutes 30 seconds west, a distance of 543.12 feet to a ½ inch rebar found, said point being the True Point of Beginning.

Said tract of land contains 20.914 acres as shown as Tract 1 on ALTA/ACSM Land Title Survey for Fourth Quarter Properties XLVII, LLC, Wachovia Bank, National Association and Lawyers

Title Insurance Corporation, made by GeoSurvey, Ltd., certified by Trenton D. Turk, Ga. R.L.S. No. 2411, dated May 22, 2005.

TRACT 2:

ALL THAT TRACT or parcel of land lying and being in Land Lot 853 of the 1st District, 2nd Section, City of Alpharetta, Fulton County, Georgia, and being more particularly described as follows:

COMMENCING at a ½ inch rebar found at the intersection of the land lot corner common to Land Lots 804, 805, 852 and 853; thence along the west line of Land Lot 853, north 00 degrees 04 minutes 59 seconds east, a distance of 1,078.63 feet to a 1 inch crimp top pipe found; thence continuing along said land lot line, north 00 degrees 12 minutes 27 seconds east, a distance of 376.69 feet to a 5/8 inch rebar set on the southerly right of way line of Old Milton Parkway (also known as Georgia Highway No. 120 and State Bridge Road, having a variable right of way); thence along said right of way line, along a curve to the left, an arc length of 286.63 feet, said curve having a radius of 7,709.44 feet with a chord distance of 266.61 feet, at south 88 degrees 36 minutes 28 seconds east, to a 5/8 inch rebar set, said point being the TRUE POINT OF BEGINNING; thence continuing along said right of way, along a curve to the left, an arc length of 253.08 feet, said curve having a radius of 7,709.44 feet with a chord distance of 253.07 feet, at north 89 degrees 23 minutes 12 seconds east, to a 5/8 inch rebar set; thence north 88 degrees 26 minutes 47 seconds east, a distance of 46.71 feet to a concrete monument found; thence south 08 degrees 15 minutes 50 seconds west, a distance of 12.16 feet to a 5/8 inch rebar set; thence leaving said right of way line, south 06 degrees 05 minutes 16 seconds west, a distance of 591.05 feet to a ½ inch rebar found; thence south 88 degrees 24 minutes 14 seconds west, a distance of 300.12 feet to a ½ inch rebar found; thence north 06 degrees 07 minutes 15 seconds east, a distance of 235.80 feet to a point; thence north 77 degrees 18 minutes 41 seconds west, a distance of 187.05 feet to a ¼ inch rebar found; thence north 13 degrees 09 minutes 37 seconds east, a distance of 99.75 feet to a ½ inch rebar found; thence south 77 degrees 48 minutes 35 seconds east, a distance of 174.49 feet to a point; thence north 06 degrees 07 minutes 15 seconds east, a distance of 269.84 feet to a 5/8 inch rebar set on the southerly right of way line of Old Milton Parkway, said point being the True Point of Beginning.

Said tract of land contains 4.542 acres as shown as Tract 2 on ALTA/ACSM Land Title Survey for Fourth Quarter Properties XLVII, LLC, Wachovia Bank, National Association and Lawyers Title Insurance Corporation, made by GeoSurvey, Ltd., certified by Trenton D. Turk, Ga. R.L.S. No. 2411, dated May 22, 2005.

TRACT 3:

ALL THAT TRACT or parcel of land lying and being in Land Lot 804 of the 1st District, 2nd Section, City of Alpharetta, Fulton County, Georgia, and being more particularly described as follows:

COMMENCING at a ½ inch rebar found at the intersection of the land lot corner common to Land Lots 804, 805, 852 and 853; thence along the west line of Land Lot 853, north 00 degrees

04 minutes 59 seconds east, a distance of 1,078.63 feet to a 1 inch crimp top pipe found, said point being the TRUE POINT OF BEGINNING; thence leaving said land lot line, north 85 degrees 48 minutes 00 seconds west, a distance of 149.81 feet to a 5/8 inch rebar set; thence north 00 degrees 04 minutes 11 seconds east, a distance of 130.15 feet to a ½ inch rebar found; thence north 00 degrees 11 minutes 39 seconds east, a distance of 243.46 feet to a 5/8 inch rebar set on the southerly right of way line of Old Milton Parkway (also known as Georgia Highway No. 120 and State Bridge Road, having a variable right of way); thence along said right of way, along a curve to the left, an arc length of 150.00 feet, said curve having a radius of 7,709.44 feet with a chord distance of 150.00 feet, at south 86 degrees 59 minutes 07 seconds east, to a 5/8 inch rebar set at the intersection of said right of way line and the land lot line common to Land Lots 804 and 853; thence leaving said right of way line and proceeding along said land lot line, south 00 degrees 12 minutes 27 seconds west, a distance of 376.69 feet to a 1 inch crimp top pipe found, said point being the True Point of Beginning.

Said tract of land contains 1.289 acres as shown as Tract 3 on ALTA/ACSM Land Title Survey for Fourth Quarter Properties XLVII, LLC, Wachovia Bank, National Association and Lawyers Title Insurance Corporation, made by GeoSurvey, Ltd., certified by Trenton D. Turk, Ga. R.L.S. No. 2411, dated May 22, 2005.

TOGETHER WITH rights acquired by virtue of:

Sewer Easement by and between Mrs. C. A. Simpson, individually, a/k/a Margaret L. Simpson, a/k/a Margaret Louise Simpson, the Trustor of the L. Simpson Charitable Remainder Unitrust and, The L. Simpson Charitable Remainder Unitrust, having as its sole trustee Margaret Louise Simpson; Fulton County; and Myco-Milton Associates, L.P., dated and filed February 18, 2000, recorded in Deed Book 28564, page 62, Fulton County, Georgia records.

The net acreage for all combined Parcels is:

| | |
|---|---|
| Parcel A: | 5.562 acres |
| Parcel B: | 71.511 acres |
| Parcel C: | .634 acres |
| Parcel D: | 26.745 acres |
| TOTAL: | 104.452 acres |

Deed Book 46292 Pg 137
Cathelene Robinson
Clerk of Superior Court
Fulton County, Georgia

B6B (Official Form 6B) (12/07)

In re    **Fourth Quarter Properties XLVII, LLC**                                      ,    Case No. ___**09-13959**___
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."
If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | X | | | |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10.  Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >          **0.00**
(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Fourth Quarter Properties XLVII, LLC**                                    Case No. ___**09-13959**___
                                                          ,
                              Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | | See Exhibit B-21 | - | Unknown |

                                                                 Sub-Total >          0.00
                                                              (Total of this page)

Sheet __1__ of __2__ continuation sheets attached
to the Schedule of Personal Property

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6B (Official Form 6B) (12/07) - Cont.

In re   **Fourth Quarter Properties XLVII, LLC**                 ,      Case No.   **09-13959**

Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | X | | | |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

| | | |
|---|---|---|
| | Sub-Total > | 0.00 |
| | (Total of this page) | |
| | Total > | 0.00 |

Sheet  **2**  of  **2**  continuation sheets attached
to the Schedule of Personal Property                                (Report also on Summary of Schedules)

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                          Best Case Bankruptcy

**B-21**

1.  Possible setoff claims and/or counterclaims against various contractors,
    subcontractors, materialmen and/or assignees related to work performed on the
    Debtor's real property or improvements, including, but not limited to, the following:

    > CPD Plastering, Inc.
    > E&H Steel Corporation
    > Ferguson Enterprises, Inc.
    > GeoSurvey, Ltd.
    > LaFarge Building Materials
    > Lowe Engineers, LLC
    > Schindler Elevator
    > SWA Group
    > URS Corporation
    > Vratsinas
    >
    > [Value unknown.]

2.  Possible claims against various affiliates and/or insiders for certain transfers as set
    forth in Debtor's Statement of Financial Affairs #10.  See SOFA #10.  [Value
    unknown.]

3.  Claims against Wachovia Bank, N.A. for prepetition transactions.  [Value unknown.]

B6D (Official Form 6D) (12/07)

In re     **Fourth Quarter Properties XLVII, LLC**                                    Case No.     **09-13959**
                                    Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

☐     Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | | |
| Account No. | | | | Construction Lien | | | | | |
| **CPD Plastering, Inc.** 3676 N. Peachtree Rd Atlanta, GA 30341 | - | | | | X | | X | | |
| | | | | Value $          Unknown | | | | 18,148.00 | Unknown |
| Account No. | | | | Construction Lien | | | | | |
| **E&H Steel Corporation** PO Box 1170 Midland City, AL 36350 | - | | | | X | | X | | |
| | | | | Value $          Unknown | | | | 136,788.98 | Unknown |
| Account No. | | | | Construction Lien | | | | | |
| **Ferguson Enterprises, Inc.** 12500 Jefferson Avenue Newport News, VA 23602 | - | | | | X | | X | | |
| | | | | Value $          Unknown | | | | 82,084.01 | Unknown |
| Account No. | | | | Construction Lien | | | | | |
| **GeoSurvey, LTD** 1170 Atlanta Industrial Drive Marietta, GA 30066 | - | | | | X | | X | | |
| | | | | Value $          Unknown | | | | 13,808.25 | Unknown |
| **2** continuation sheets attached | | | | Subtotal (Total of this page) | | | | 250,829.24 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Fourth Quarter Properties XLVII, LLC**                          ,          Case No.    **09-13959**

Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | Construction Lien | | | | | |
| LaFarge Building Materials 12950 Worldgate Drive Suite 500 Herndon, VA 20170 | - | | | | | X | | X | | |
| | | | | | Value $              Unknown | | | | 18,134.62 | Unknown |
| Account No. | | | | | Construction Lienx | | | | | |
| LaFarge Building Materials 12950 Worldgate Drive Suite 500 Herndon, VA 20170 | - | | | | | X | | X | | |
| | | | | | Value $              Unknown | | | | 63,286.96 | Unknown |
| Account No. | | | | | Construction Lien | | | | | |
| Lowe Engineers, LLC 2000 Riveredge Pkwy Suite 400 Atlanta, GA 30328 | - | | | | | X | | X | | |
| | | | | | Value $              Unknown | | | | 21,137.35 | Unknown |
| Account No. | | | | | Construction Lien | | | | | |
| Schindler Elevator 20 Whippany Road Morristown, NJ 07960 | - | | | | | X | | X | | |
| | | | | | Value $              Unknown | | | | 353,156.00 | Unknown |
| Account No. | | | | | Construction lien | | | | | |
| Setco Grading 50 Ansley Drive Newnan, GA 30263 | - | | | | | X | | X | | |
| | | | | | Value $              0.00 | | | | 0.00 | 0.00 |

Sheet  __1__  of  __2__   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

Subtotal
(Total of this page)

| | |
|---|---|
| 455,714.93 | 0.00 |

B6D (Official Form 6D) (12/07) - Cont.

In re    **Fourth Quarter Properties XLVII, LLC**                                             ,   Case No.   **09-13959**
                                         Debtor

## SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | |
| Account No. | | | | Construction Lien | | | | | |
| SWA Group 2200 Bridgeway Blvd. Sausalito, CA 94965 | | - | | | X | | X | | |
| | | | | Value $        Unknown | | | | 232,006.14 | Unknown |
| Account No. | | | | Construction Lien | | | | | |
| URS Corporation 600 Montgomery Street 25th Floor San Francisco, CA 94111 | | - | | | X | | X | | |
| | | | | Value $        Unknown | | | | 76,147.82 | Unknown |
| Account No. | | | | Construction Lien | | | | | |
| Vratsinas 1000 Abernathy Road NE Bldg 400 #1130 Atlanta, GA 30328 | | - | | | X | | X | | |
| | | | | Value $        Unknown | | | | 3,611,460.40 | Unknown |
| Account No. | | | | Development loan, Promissory Note & Mortgage 06/03/05.  Collateral - 104.452 acres of land in Fulton County, Georgia known as Prospect Park. | | | | | |
| Wachovia Bank, N.A. Attn:  Commercial Real Estate Loan Dept. 112 N. 20th Street Birmingham, AL 35203 | X | - | | | | | X | | |
| | | | | Value $        Unknown | | | | 63,455,111.47 | Unknown |
| Account No. | | | | | | | | | |
| | | | | | | | | | |
| | | | | Value $ | | | | | |

Sheet  **2**   of  **2**   continuation sheets attached to
Schedule of Creditors Holding Secured Claims

| | Subtotal (Total of this page) | 67,374,725.83 | 0.00 |
|---|---|---|---|
| | Total (Report on Summary of Schedules) | 68,081,270.00 | 0.00 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                                                      Best Case Bankruptcy

B6E (Official Form 6E) (12/07)

In re    **Fourth Quarter Properties XLVII, LLC**                                           Case No. _____**09-13959**_____
                                                                                ,
                                          Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

    A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

    The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

    If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

    Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

    Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

    Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

    Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

    Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

    Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $10,950* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

    Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

    Claims of certain farmers and fishermen, up to $5,400* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

    Claims of individuals up to $2,425* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

    Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

    Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

    Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

\* Amounts are subject to adjustment on April 1, 2010, and every three years thereafter with respect to cases commenced on or after the date of adjustment.

                                    1     continuation sheets attached

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                          Best Case Bankruptcy

B6E (Official Form 6E) (12/07) - Cont.

In re   **Fourth Quarter Properties XLVII, LLC**                                                    Case No.   **09-13959**
                                                    Debtor

## SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
### (Continuation Sheet)

Taxes and Certain Other Debts
Owed to Governmental Units

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|
| Account No. **Multiple** <br><br> **City of Alpharetta** <br> **PO Box 349** <br> **Alpharetta, GA 30009** | | | **Various** <br><br> **City Property Taxes** | | | | 128,139.92 | 0.92 <br><br> 128,139.00 | |
| Account No. **Multiple** <br><br> **Fulton County Tax Commissioner** <br> **141 Pryor Street, SW** <br> **Atlanta, GA 30303** | | | **Various** <br><br> **Fulton County Property Taxes** | | | | 605,257.57 | 0.57 <br><br> 605,257.00 | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |
| Account No. | | | | | | | | | |

Sheet __1__ of __1__ continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

| | | |
|---|---|---|
| Subtotal <br> (Total of this page) | 733,397.49 | 1.49 <br> 733,396.00 |
| Total <br> (Report on Summary of Schedules) | 733,397.49 | 1.49 <br> 733,396.00 |

B6F (Official Form 6F) (12/07)

In re   **Fourth Quarter Properties XLVII, LLC**                   Case No.    **09-13959**

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐   Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **3rd Works, LLC**<br>**303 A Street**<br>**Suite 403**<br>**San Diego, CA 92101** | - | | | | | | | 148,392.24 |
| Account No. | | | | Trade Debt | | | | |
| **Ahlberg Engineering, Inc.**<br>**Attn: Jim Ahlberg**<br>**525 Webb Industrial Dr., Ste A**<br>**Marietta, GA 30062** | - | | | | | | | 15,606.71 |
| Account No. | | | | Trade debt | | | | |
| **American Arbitration Assoc**<br>**2200 Century Pkwy**<br>**Suite 300**<br>**Atlanta, GA 30345** | - | | | | | | | 1,085.00 |
| Account No. | | | | Trade debt | | | | |
| **B2 and Company Exponential Results Inc.**<br>**5449 N. Old Ranch Rd**<br>**Attn: Beth Bradford**<br>**Park City, UT 84098** | - | | | | | | | 410,591.49 |
|    **7**   continuation sheets attached | | | | Subtotal<br>(Total of this page) | | | | 575,675.44 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                      S/N:27618-091203    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fourth Quarter Properties XLVII, LLC**                                    Case No.    **09-13959**
_____ ,
Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | | | Trade debt | | | | |
| Burr & Forman PO Box 830719 Birmingham, AL 35283 | | - | | | | | | |
| | | | | | | | | 7,847.23 |
| Account No. | | | | Trade Debt | | | | |
| Capital Properties Group, LLC Attn: Ed Lee 3801 Parian Ridge Rd, NW Atlanta, GA 30327 | | - | | | | | | |
| | | | | | | | | 19,193.75 |
| Account No. | | | | Trade debt | | | | |
| Capitol Insurance Companies PO Box 673110 Milwaukee, WI 53267 | | - | | | | | | |
| | | | | | | | | 7,500.00 |
| Account No. | | | | Trade debt | | | | |
| Counsel for Quality Growth 6500 Sugarloaf Pkwy Suite 220 Duluth, GA 30097 | | - | | | | | | |
| | | | | | | | | 75.00 |
| Account No. | | | | Trade debt | | | | |
| Cummings Horsley & Maddox, Inc. 4200 Northside Pkwy NW Bldg 14-300 Atlanta, GA 30327 | | - | | | | | | |
| | | | | | | | | 50,000.00 |
| Sheet no. _1_ of _7_ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 84,615.98 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fourth Quarter Properties XLVII, LLC**                                          Case No.    **09-13959**
                                                                                         ,
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Cushing, Morris, Armbruster & Montgomery 191 Peachtree St., NE Suit4e 4500 Atlanta, GA 30303 | - | | | | | | | 12,974.00 |
| Account No. | | | | Trade debt | | | | |
| David Arnold Bounce PO Box 93811 Atlanta, GA 30377 | - | | | | | | | 6,220.00 |
| Account No. | | | | Trade debt | | | | |
| Facility Solutions, LLC 5155 Peachtree Pkwy Bldg 300, Suite 3250 Norcross, GA 30092 | - | | | | | | | 11,829.20 |
| Account No. | | | | Trade debt | | | | |
| Hartman, Simons, Spielman & Wood LLP 6400 Powers Ferry Rd, NW Atlanta, GA 30339 | - | | | | | | | 167,950.24 |
| Account No. | | | | Trade debt | | | | |
| Herschman Architects, Inc. 25001 Emery Rd, Suite 400 Cleveland, OH 44128 | - | | | | | | | 4,642.50 |

Sheet no. __2__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

203,615.94

B6F (Official Form 6F) (12/07) - Cont.

In re  **Fourth Quarter Properties XLVII, LLC**

Case No. __09-13959__

Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| HKS, Inc. 1919 McKinney Ave Dallas, TX 75201 | - | | | | | | | 132,560.38 |
| Account No. | | | | Trade debt | | | | |
| IDQ Realty Advisors, Inc. Attn: Ignacias de Quesada PO Box 88338 Atlanta, GA 30356 | - | | | | | | | 31,890.75 |
| Account No. | | | | Trade Debt | | | | |
| Iris J. Callie Company Attn: Iris J. Callie 4600 Via Dolce #317 Marina Del Rey, CA 90292 | - | | | | | | | 25,000.00 |
| Account No. | | | | Trade debt | | | | |
| Johnson & Bryan 1575 Northside Dr., NW Building 100, Suite 100 Atlanta, GA 30318 | - | | | | | | | 81.00 |
| Account No. | | | | Trade debt | | | | |
| Jones Design Group, Inc. d/b/a The Jones Group 342 Marietta St. NW, Suite 3 Atlanta, GA 30313 | - | | | | | | | 10,090.00 |

Sheet no. __3__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

199,622.13

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fourth Quarter Properties XLVII, LLC**                          ,    Case No.    **09-13959**
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| Koniver Stern Group, Inc. Attn: Bruce Koniver 1665 Washington Ave PH Miami Beach, FL 33139 | | - | | | | | | 56,322.00 |
| Account No. | | | | Trade debt | | | | |
| Pac-Van, Inc. 2995 S. Harding St Indianapolis, IN 46225 | | - | | | | | | 1,508.60 |
| Account No. | | | | Trade debt | | | | |
| Prudential Georgia Realty 11525 Haynes Bridge Rd Suite 200 Alpharetta, GA 30004 | | - | | | | | | 3,200.00 |
| Account No. | | | | Trade debt | | | | |
| Redmond Schwartz Mark Design 160 Cabrillo San Clemente, CA 92672 | | - | | | | | | 63,069.64 |
| Account No. | | | | Trade debt | | | | |
| Rolader & Rolader PO Box 1357 Roswell, GA 30077 | | - | | | | | | 7,000.00 |
| Sheet no. __4__ of __7__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 131,100.24 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fourth Quarter Properties XLVII, LLC**                                    Case No.    **09-13959**
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **Sanso Property Management Services 1511 Bent River Circle McDonough, GA 30252** | - | | | | | | | 500.00 |
| Account No. | | | | Trade debt | | | | |
| **SEC Planning, LLC Attn: Matthew Master 12357 Riata Trace Pkwy, Suite A205 Austin, TX 78727** | - | | | | | | | 39,779.95 |
| Account No. | | | | Trade debt | | | | |
| **Showcase, Inc. 3470 Parsons Run Suwanee, GA 30024** | - | | | | | | | 425.00 |
| Account No. | | | | Trade debt | | | | |
| **Specialty Retail Development Group, LLC 5500 Interstate North Pkwy Suite 100 Atlanta, GA 30328** | - | | | | | | | 140,805.00 |
| Account No. | | | | Trade debt | | | | |
| **The McDevitt Company Attn: Lorraine Abney 1121 Admiral Peary Way Philadelphia, PA 19112** | - | | | | | | | 44,651.25 |

Sheet no. __5__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

226,161.20

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re  **Fourth Quarter Properties XLVII, LLC**                                    Case No.  **09-13959**
                                        Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| The Partnership, Inc. Attn: David Arnold 3715 Northside Pkwy NW, Bldg 300 Ste 710 Atlanta, GA 30327 | - | | | | | | | 38,881.72 |
| Account No. | | | | Trade debt | | | | |
| The Shopping Center Group, LLC PO Box 933617 Atlanta, GA 31193-3617 | - | | | | | | | 140,940.00 |
| Account No. | | | | Trade debt | | | | |
| TS Worldwide LLC 201 Linden St, Ste 301 Fort Collins, CO 80524 | - | | | | | | | 5,000.00 |
| Account No. | | | | Trade debt | | | | |
| Wakefield Beasley & Assoc Attn: Lamar Wakefield 5155 Peachtree Pkwy #300 Norcross, GA 30092 | - | | | | | | | 1,332,709.73 |
| Account No. | | | | Trade debt | | | | |
| Walker Parking Consultants/Engineers, In 36852 Eagle Way Chicago, IL 60678 | - | | | | | | | 29,033.93 |
| Sheet no. **6** of **7** sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | | | | Subtotal (Total of this page) | | | | 1,546,565.38 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fourth Quarter Properties XLVII, LLC**                                      Case No.   **09-13959**
                                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Trade debt | | | | |
| **Willis Insurance Services of GA** PO Box 905260 Charlotte, NC 28290 | - | | | | | | | 6,498.40 |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |
| | | | | | | | | |
| Account No. | | | | | | | | |

Sheet no. __7__ of __7__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

| | | |
|---|---|---|
| Subtotal (Total of this page) | | 6,498.40 |
| Total (Report on Summary of Schedules) | | 2,973,854.71 |

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                      Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

In re    **Fourth Quarter Properties XLVII, LLC**                                Case No.    **09-13959**
                                            Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property. Include any timeshare interests. State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc. State whether debtor is the lessor or lessee of a lease. Provide the names and complete mailing addresses of all other parties to each lease or contract described. If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| Anthropologie, Inc.<br>Attn: General Counsel<br>5000 S. Broad Street<br>Philadelphia, PA 19112 | Lease of Non-Residential Real Property - Prospect Park. |
| AYA Group, LLC (Fuzziwigs)<br>4475 Roswell Road<br>Suite 1710<br>Marietta, GA 30062 | Lease of Non-Residential Real Property - Prospect Park. |
| BCBG Max Azria Group, Inc.<br>Attn: Danny Moizel<br>2761 Fruitland Avenue<br>Los Angeles, CA 90058 | Lease of Non-Residential Real Property - Prospect Park. |
| BCBG Max Azria Group, Inc.<br>Attn: Legal Department<br>2761 Fruitland Avenue<br>Los Angeles, CA 90058 | Lease of Non-Residential Real Property - Prospect Park. |
| BCBG Max Azria Group, Inc.<br>Attn: Iris Callie, Iris J. Callie Co.<br>4600 Via Dolce, Unit 317<br>Marina Del Rey, CA 90292 | Lease of Non-Residential Real Property - Prospect Park. |
| BCBG Max Azria Group, Inc.<br>Citicorp North America, Inc.<br>388 Greenwich St, 19th Floor<br>New York, NY 10013 | Lease of Non-Residential Real Property - Prospect Park. |
| Deka Athletics, Inc.<br>Attn: Jim Whitlow<br>375 Pharr Road, Unit 501<br>Atlanta, GA 30305 | Lease of Non-Residential Real Property - Prospect Park. |
| Deka Athletics, Inc.<br>Attn: Abe Schear<br>171 17th Street, Suite 2100<br>Atlanta, GA 30363 | Lease of Non-Residential Real Property - Prospect Park. |
| Joseph and Friends Salon, Inc. (Aveda)<br>Attn: Joseph Golshani<br>1570 Holcomb Bridge Road<br>Roswell, GA 30076 | Lease of Non-Residential Real Property - Prospect Park. |

1

_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037                                                                Best Case Bankruptcy

In re    **Fourth Quarter Properties XLVII, LLC**                                    ,                   Case No.    **09-13959**

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES
(Continuation Sheet)

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
| **K-la, LLC**<br>**2870 Pharr Court South**<br>**Unit 1101**<br>**Atlanta, GA 30326** | **Lease of Non-Residential Real Property - Prospect Park.** |
| **Retail Brand Alliance, Inc. (Brooks Bro)**<br>**Attn:  Lease Administration**<br>**100 Phoenix Avenue**<br>**Enfield, CT 06082** | **Lease of Non-Residential Real Property - Prospect Park.** |
| **Sur la Table**<br>**Attn:  Legal Department**<br>**501 Sixth Avenue South**<br>**Seattle, WA 98108** | **Lease of Non-Residential Real Property - Prospect Park.** |
| **Ted's Montana Grill**<br>**2300 Marquis Two Tower**<br>**285 Peachtree Center Avenue, NE**<br>**Atlanta, GA 30303** | **Lease of Non-Residential Real Property - Prospect Park.** |
| **Ted's Montana Grill**<br>**Attn:  George McKerrow**<br>**133 Luckie Street**<br>**Atlanta, GA 30303** | **Lease of Non-Residential Real Property - Prospect Park.** |
| **Whole Foods Market Group**<br>**Attn:  Regional President**<br>**1180 Upper Hembree Road**<br>**Roswell, GA 30076** | **Lease of Non-Residential Real Property - Prospect Park.** |
| **Whole Foods Market Group**<br>**Senn Visciano, Kirschenbaum, P.C.**<br>**1801 California St, Suite 4300**<br>**Denver, CO 80202** | **Lease of Non-Residential Real Property - Prospect Park.** |
| **Whole Foods Market, Inc.**<br>**Attn: General Counsel**<br>**550 Bowie Street**<br>**Austin, TX 78703** | **Lease of Non-Residential Real Property - Prospect Park.** |

Sheet   **1**   of   **1**   continuation sheets attached to the Schedule of Executory Contracts and Unexpired Leases

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6H (Official Form 6H) (12/07)

In re   **Fourth Quarter Properties XLVII, LLC**                                    Case No.   **09-13959**
_____                        _____
                                    Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

☐  Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR . | NAME AND ADDRESS OF CREDITOR |
|---|---|
| **Stanley E. Thomas**<br>**45 Ansley Drive**<br>**Newnan, GA 30263** | **Wachovia Bank, N.A.**<br>**Attn: Commercial Real Estate Loan Dept.**<br>**112 N. 20th Street**<br>**Birmingham, AL 35203** |

**0**
_____ continuation sheets attached to Schedule of Codebtors

Copyright (c) 1996-2009 - Best Case Solutions - Evanston, IL - (800) 492-8037

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re   __Fourth Quarter Properties XLVII, LLC__         Case No.   __09-13959__
                           Debtor(s)            Chapter   __11__

## DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

        I, the Sole Member and Manager of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of __32__ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date   __December  9, 2009__            Signature   __/s/ Stanley E. Thomas__
                                             **Stanley E. Thomas**
                                             **Sole Member and Manager**

*Penalty for making a false statement or concealing property:* Fine of up to $500,000 or imprisonment for up to 5 years or both. 18 U.S.C. §§ 152 and 3571.

3rd Works, LLC
303 A Street
Suite 403
San Diego, CA 92101


Ahlberg Engineering, Inc.
Attn: Jim Ahlberg
525 Webb Industrial Dr., Ste A
Marietta, GA 30062


American Arbitration Assoc
2200 Century Pkwy
Suite 300
Atlanta, GA 30345


Anthropologie, Inc.
Attn: General Counsel
5000 S. Broad Street
Philadelphia, PA 19112


AYA Group, LLC (Fuzziwigs)
4475 Roswell Road
Suite 1710
Marietta, GA 30062


B2 and Company Exponential Results Inc.
5449 N. Old Ranch Rd
Attn: Beth Bradford
Park City, UT 84098


BCBG Max Azria Group, Inc.
Attn: Danny Moizel
2761 Fruitland Avenue
Los Angeles, CA 90058


BCBG Max Azria Group, Inc.
Attn: Legal Department
2761 Fruitland Avenue
Los Angeles, CA 90058

BCBG Max Azria Group, Inc.
Attn: Iris Callie, Iris J. Callie Co.
4600 Via Dolce, Unit 317
Marina Del Rey, CA 90292


BCBG Max Azria Group, Inc.
Citicorp North America, Inc.
388 Greenwich St, 19th Floor
New York, NY 10013


Burr & Forman
PO Box 830719
Birmingham, AL 35283


Capital Properties Group, LLC
Attn: Ed Lee
3801 Parian Ridge Rd, NW
Atlanta, GA 30327


Capitol Insurance Companies
PO Box 673110
Milwaukee, WI 53267


City of Alpharetta
PO Box 349
Alpharetta, GA 30009


Counsel for Quality Growth
6500 Sugarloaf Pkwy
Suite 220
Duluth, GA 30097


CPD Plastering, Inc.
3676 N. Peachtree Rd
Atlanta, GA 30341

Cummings Horsley & Maddox, Inc.
4200 Northside Pkwy NW
Bldg 14-300
Atlanta, GA 30327


Cushing, Morris, Armbruster & Montgomery
191 Peachtree St., NE
Suit4e 4500
Atlanta, GA 30303


David Arnold Bounce
PO Box 93811
Atlanta, GA 30377


Deka Athletics, Inc.
Attn: Jim Whitlow
375 Pharr Road, Unit 501
Atlanta, GA 30305


Deka Athletics, Inc.
Attn: Abe Schear
171 17th Street, Suite 2100
Atlanta, GA 30363


E&H Steel Corporation
PO Box 1170
Midland City, AL 36350


Facility Solutions, LLC
5155 Peachtree Pkwy
Bldg 300, Suite 3250
Norcross, GA 30092


Ferguson Enterprises, Inc.
12500 Jefferson Avenue
Newport News, VA 23602

Fulton County Tax Commissioner
141 Pryor Street, SW
Atlanta, GA 30303


GeoSurvey, LTD
1170 Atlanta Industrial Drive
Marietta, GA 30066


Hartman, Simons, Spielman & Wood LLP
6400 Powers Ferry Rd, NW
Atlanta, GA 30339


Herschman Architects, Inc.
25001 Emery Rd, Suite 400
Cleveland, OH 44128


HKS, Inc.
1919 McKinney Ave
Dallas, TX 75201


IDQ Realty Advisors, Inc.
Attn: Ignacias de Quesada
PO Box 88338
Atlanta, GA 30356


Iris J. Callie Company
Attn: Iris J. Callie
4600 Via Dolce #317
Marina Del Rey, CA 90292


Johnson & Bryan
1575 Northside Dr., NW
Building 100, Suite 100
Atlanta, GA 30318


Jones Design Group, Inc.
d/b/a The Jones Group
342 Marietta St. NW, Suite 3
Atlanta, GA 30313

```
Joseph and Friends Salon, Inc. (Aveda)
Attn: Joseph Golshani
1570 Holcomb Bridge Road
Roswell, GA 30076


K-la, LLC
2870 Pharr Court South
Unit 1101
Atlanta, GA 30326


Koniver Stern Group, Inc.
Attn: Bruce Koniver
1665 Washington Ave PH
Miami Beach, FL 33139


LaFarge Building Materials
12950 Worldgate Drive
Suite 500
Herndon, VA 20170


Lowe Engineers, LLC
2000 Riveredge Pkwy
Suite 400
Atlanta, GA 30328


Pac-Van, Inc.
2995 S. Harding St
Indianapolis, IN 46225


Prudential Georgia Realty
11525 Haynes Bridge Rd
Suite 200
Alpharetta, GA 30004


Redmond Schwartz Mark Design
160 Cabrillo
San Clemente, CA 92672
```

Retail Brand Alliance, Inc. (Brooks Bro)
Attn: Lease Administration
100 Phoenix Avenue
Enfield, CT 06082


Rolader & Rolader
PO Box 1357
Roswell, GA 30077


Sanso Property Management Services
1511 Bent River Circle
McDonough, GA 30252


Schindler Elevator
20 Whippany Road
Morristown, NJ 07960


SEC Planning, LLC
Attn: Matthew Master
12357 Riata Trace Pkwy, Suite A205
Austin, TX 78727


Setco Grading
50 Ansley Drive
Newnan, GA 30263


Showcase, Inc.
3470 Parsons Run
Suwanee, GA 30024


Specialty Retail Development Group, LLC
5500 Interstate North Pkwy
Suite 100
Atlanta, GA 30328


Stanley E. Thomas
45 Ansley Drive
Newnan, GA 30263

Stanley E. Thomas
45 Ansley
Newnan, GA 30263


Sur la Table
Attn: Legal Department
501 Sixth Avenue South
Seattle, WA 98108


SWA Group
2200 Bridgeway Blvd.
Sausalito, CA 94965


Ted's Montana Grill
2300 Marquis Two Tower
285 Peachtree Center Avenue, NE
Atlanta, GA 30303


Ted's Montana Grill
Attn: George McKerrow
133 Luckie Street
Atlanta, GA 30303


The McDevitt Company
Attn: Lorraine Abney
1121 Admiral Peary Way
Philadelphia, PA 19112


The Partnership, Inc.
Attn: David Arnold
3715 Northside Pkwy NW, Bldg 300 Ste 710
Atlanta, GA 30327


The Shopping Center Group, LLC
PO Box 933617
Atlanta, GA 31193-3617

```
TS Worldwide LLC
201 Linden St, Ste 301
Fort Collins, CO 80524



URS Corporation
600 Montgomery Street
25th Floor
San Francisco, CA 94111



Vratsinas
1000 Abernathy Road NE
Bldg 400 #1130
Atlanta, GA 30328



Wachovia Bank, N.A.
Attn:  Commercial Real Estate Loan Dept.
112 N. 20th Street
Birmingham, AL 35203



Wachovia Bank, N.A.
Attn:  Commercial Real Estate Loan Dept.
PO Box 2554
Birmingham, AL 35290



Wakefield Beasley & Assoc
Attn: Lamar Wakefield
5155 Peachtree Pkwy #300
Norcross, GA 30092



Walker Parking Consultants/Engineers, In
36852 Eagle Way
Chicago, IL 60678



Whole Foods Market Group
Attn:  Regional President
1180 Upper Hembree Road
Roswell, GA 30076
```

```
Whole Foods Market Group
Senn Visciano, Kirschenbaum, P.C.
1801 California St, Suite 4300
Denver, CO 80202


Whole Foods Market, Inc.
Attn: General Counsel
550 Bowie Street
Austin, TX 78703


Willis Insurance Services of GA
PO Box 905260
Charlotte, NC 28290
```

### United States Bankruptcy Court
#### Northern District of Georgia

In re   **Fourth Quarter Properties XLVII, LLC**      Case No.   **09-13959**

                            Debtor(s)               Chapter     **11**

## VERIFICATION OF CREDITOR MATRIX

I, the Sole Member and Manager of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is

true and correct to the best of my knowledge.

Date:    **December  9, 2009**              **/s/ Stanley E. Thomas**

                                               **Stanley E. Thomas/Sole Member and Manager**
                                               Signer/Title