IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

| | |
|---|---|
| IN RE: | : |
| | : |
| FOURTH QUARTER PROPERTIES XLVII, LLC, | : Chapter 11 Case No. 09-13959 |
| | : |
| Debtor. | : |
| | : |

## MOTION FOR EXPEDITED HEARING

COMES NOW Fourth Quarter Properties XLVII, LLC, Debtor and Debtor-in-Possession, in the above-captioned Chapter 11 case and files this Motion for Expedited Hearing and, in support thereof, respectfully shows this Court as follows:

1.

Contemporaneously herewith, the Debtor has filed a "MOTION TO EXTEND EXCLUSIVE TIME WITHIN WHICH TO FILE A PLAN AND OBTAIN ACCEPTANCES THEREOF".

2.

As stated therein, Debtor's exclusive time within which to file a plan and obtain acceptances thereof expires on March 3, 2010 and May 3, 2010, respectively.

3.

So as to receive a timely order on the requested extension, Debtor needs a hearing before the exclusivity date of March 3, 2010 passes.

This 17th day of February, 2010.

|  |  |
|---|---|
| 577 Mulberry St., Suite 800 | STONE & BAXTER, LLP |
| Macon, GA 31201 | By: |
| (478) 750-9898 | /s/ James P. Smith        . |
| (478) 750-9899 (Facsimile) | James P. Smith |
|  | Georgia Bar No. 659775 |
|  | Austin E. Carter |
|  | Georgia Bar No. 113695 |
|  | Counsel for Debtor and Debtor-in-Possession |

G:\CLIENTS\Fourth Quarter Properties\FQP XLVII\Mot. for Expedited Hearing.2.16.10.doc