IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:                                                    :
                                                          :
FOURTH QUARTER PROPERTIES XLVII, LLC,   :   Chapter 11 Case No. 09-13959
                                                          :
             Debtor.                                      :
                                                          :
_____    :

NOTICE OF INTENT TO CONTINUE WITH
PROJECT FUNDING AND CONSTRUCTION AGREEMENT

COMES NOW Debtor Fourth Quarter Properties XLVII, LLC and, pursuant to the Order

Granting in Part Debtor's Motion for Approval of Project Funding and Construction Agreement

(Docket No. 75), herewith (attached) files the written notice of Semtech Holdings Co., Ltd. of its

intent to continue with the Project Funding and Construction Agreement, which the Debtor received

on April 27, 2010.

This 28th day of April, 2010.

                                                          STONE & BAXTER, LLP
                                                          By:

                                                          /s/ Austin E. Carter
                                                          Jerome L. Kaplan
                                                          Georgia Bar No. 407100
                                                          Austin E. Carter
                                                          Georgia Bar No. 113695

577 Mulberry Street, Suite 800
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 (fax)
jkaplan@stoneandbaxter.com
acarter@stoneandbaxter.com

                                                          Counsel for Debtor

G:\CLIENTS\Fourth Quarter Properties\FQP XLVII\Semtech Holdings\Notice of Intent to Continue Funding.AEC.4.28.10.doc

*Brigham Enterprises, LLC*
*P.O. Box 23698*
*Charlotte, North Carolina 28227*

**VIA E-MAIL**

April 27, 2010

Mr. Stanley E. Thomas
Chairman and CEO
Fourth Quarter Properties XLVII, LLC
45 Ansley Drive
Newnan, Georgia 30263

**RE: Notice of Intent To Continue With PFCA Transaction**

Dear Mr. Thomas:

This letter is to confirm that Semtech Holdings Co., Ltd. intends to continue with the Joint Venture transaction as outlined in the Project Funding and Construction Agreement dated April 1, 2010 by and between Semtech Holdings Co., Ltd. and Fourth Quarter Properties XLVII, LLC to benefit Prospect Park in Alpharetta, Georgia USA.

As authorized by Mr. JJ Huang, President and CEO of Semtech Holdings Co., Ltd., I hereby provide this notice as required under the PFCA.

Sincerely yours,

*Brigham Enterprises, LLC*

Edward J.P. Brigham
Manager and Member
As designated agent for Semtech Holdings Co., Ltd.

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF GEORGIA
NEWNAN DIVISION

IN RE:                                      :
                                            :
FOURTH QUARTER PROPERTIES XLVII, LLC,       :    Case No. 09-13959-WHD
                                            :
        Debtor.                             :    Chapter 11
                                            :

## CERTIFICATE OF SERVICE

This is to certify that on April 28, 2010 I served the *Notice of Intent to Continue With Project Funding and Construction Agreement* upon the following parties via First Class Mail at the addresses indicated:

R. Jeneane Treace, Esq.
Office of the United States Trustee
75 Spring Street, S.W.
Room 362
Atlanta, Georgia 30303

Paul Baisier, Esq.
Shuman Sohrn, Esq.
1075 Peachtree St., Suite 2500
Atlanta, Georgia 30309-3962

J. Carole Thompson Hord, Esq.
SCHREEDER, WHEELER & FLINT, LLP
1100 Peachtree Street, N.E., Suite 800
Atlanta, Georgia 30309

Heather D. Brown, Esq.
Kitchens Kelley Gaynes, P.C.
Eleven Piedmont Center, Suite 90
3495 Piedmont Road, N.E.
Atlanta, GA 30305

C. Sam Thomas, P.C.
Christina A. Craddock
Bovis, Kyle & Burch, LLC
200 Ashford Center North, Suite 500
Atlanta, GA 30338-2668

/s/ Austin E. Carter
Austin E. Carter
Georgia Bar No. 113695

Stone & Baxter, LLP
Suite 800, Fickling & Co. Building
577 Mulberry Street
Macon, Georgia 31201
(478) 750-9898; (478) 750-9899 (fax)

Counsel for Debtor